UNITED STATES of America,
Plaintiff-Appellee,

v.

Frank PEDOTE, Michael DeMaro and
Audrey DeMaro,
Defendants-Appellants.

Nos. 76–2013 and 76–2034.

United States Court of Appeals,
Seventh Circuit.

Argued April 6, 1977.

Decided May 27, 1977.

Gerald M. Werksman, Bernard B. Brody, Chicago, Ill., for defendants-appellants.

Samuel K. Skinner, U. S. Atty., James D. Henderson, Asst. U. S. Atty., Chicago, Ill., for plaintiff-appellee.

* Senior Judge William J. Jameson of the District of Montana is sitting by designation.

Before SWYGERT and SPRECHER, Circuit Judges, and JAMESON, Senior District Judge.*

PER CURIAM: .

Appellants' contention that the failure of the Government to republish schedules of controlled substances under 21 U.S.C. § 812(a) resulted in a failure of proof that heroin is a controlled substance was decided adversely to them in the recent Ninth Circuit decisions of *United States v. Eddy*, 549 F.2d 108 (9 Cir. 1976) and *United States v. Monroe*, 552 F.2d 860 (9 Cir. 1977). We adopt their reasoning here. The post-trial motion for a new trial or judgment of acquittal was properly denied.

The judgments of conviction are affirmed.[1]

1. Appellant's other contentions do not involve any principles of law not heretofore decided by this court and have been disposed of by order without publication.